# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

LINDA MURRAY and
ARTHUR MURRAY,

    Plaintiffs,

v.                          No. 05-2526 Ma P

TRI-STATE BANK OF MEMPHIS and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Defendants.

---

## ORDER GRANTING
## MOTION FOR ENLARGEMENT OF TIME FOR
## DEFENDANT TRI-STATE BANK OF MEMPHIS TO MOVE,
## PLEAD OR OTHERWISE RESPOND TO COMPLAINT

---

IT APPEARS TO THE COURT that the Plaintiff and Defendant Tri-State Bank of Memphis ("Tri-State") consent and stipulate that Tri-State may, at the Court's discretion, be granted until September 26, 2005 in which to move, plead or otherwise respond to the Complaint brought against it by Plaintiffs.

                                      _____
                                      U. S. ~~DISTRICT COURT~~ Magistrate JUDGE
                                      DATE: August 24, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02526 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT