IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP -1 AM 9: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| LINDA MURRAY and ARTHUR MURRAY,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>TRI-STATE BANK OF MEMPHIS and CIGNA HEALTHCARE OF TENNESSEE, INC.  )<br><br>Defendants.  ) | No. 2:05-CV-2526-SHM-tmp |

### ~~PROPOSED~~ ORDER EXTENDING TIME WITHIN WHICH DEFENDANT CIGNA HEALTHCARE OF TENNESSEE, INC. MAY MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

It appearing to this Court that Defendant, CIGNA Healthcare of Tennessee, Inc. ("CIGNA"), should be afforded an additional amount of time of thirty (30) days within which to move or otherwise plead to plaintiff's Complaint, up to and including October 3, 2005.

It is, therefore, ORDERED, that the time within which CIGNA may move or otherwise plead to plaintiff's Complaint be, and the same hereby is, extended for an additional amount of time of thirty (30) days, up to and including, October 3, 2005.

It is so ORDERED this _31_ day of _August_, 2005.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

5110329.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-7-05_

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02526 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT